Children are compelled by law to attend school. Poor people are unable to send a guardian along to protect them in crossing the streets. The appalling number of accidents due to careless drivers of automobiles must terrorize parents who are obliged to send their little children on the streets unprotected. I think the courts are unduly lax in protecting infants of tender years and too prone to shield reckless drivers. These common-law rules should be made to fit present conditions of fast death-dealing automobiles instead of the old conditions of horse and ox teams.

This little girl of six summers saw the road open before her, with no auto nearer than a half block, and, knowing she was within the protected school area, hastened across the street, following her little schoolmates. It does not sound reasonable to me to say she was guilty of negligence. It disregards human experience. It places a burden on little children abhorrent to our human instincts. I don't think this child should be held guilty of negligence.

I respectfully dissent from the majority opinion.

SCHMIDT, Appellant, vs. RIESS and another, Respondents.

*March 11—April 7, 1925.*

*Schmidt v. Riess, ante,* p. 574, followed.

APPEAL from a judgment of the circuit court for Milwaukee county: CHESTER A. FOWLER, Judge. *Affirmed.*

The appeal is from a judgment dismissing plaintiff's complaint upon the merits, with costs.

*W. T. Sullivan* of Milwaukee, for the appellant.

For the respondents there was a brief by *Leahy & Kenney* of Milwaukee, and oral argument by *John J. Kenney.*

DOERFLER, J. The judgment in this case is affirmed, and the opinion in the case of *Schmidt v. Riess,* decided herewith (*ante,* p. 574, 203 N. W. 362), is applicable to this case.

*By the Court.*—Judgment affirmed.

CROWNHART, J., dissents.